## MADELINE SILVER *vs.* FLORENCE WEEKS.

Cumberland County. Decided October 8, 1926. In this action for alienation of the affections of the plaintiff's husband, the jury found for the plaintiff and assessed damages at One Thousand ($1,000) Dollars.

The case comes to this court on motion.

The issues were purely of fact. The evidence was conflicting but there was sufficient in support of the plaintiff's contentions to warrant a verdict and the damages were obviously not excessive. Motion denied. *Henry C. Sullivan,* for plaintiff. *Jacob H. Berman, Edward J. Berman and Benjamin L. Berman,* for defendant.